Helen E. Ind, as Administrator of Estate of Charles Ind, Jr., Deceased, Plaintiff-Appellant, v. John Davis, and Jack Gartman, Defendants-Appellees.

Gen. No. 10,782.

Second District.

April 6, 1955.

Released for publication April 26, 1955.

Knight, Haye & Keegan, for appellant; Burrell & Holtman, for Jack Gartman, defendant-appellee; David M. Burrell, of counsel. Opinion PER CURIAM. Not to be published in full.